United State of America

V.

Cornelius Bernard Wilson

CASE NO. 1:12-CR-205

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 27 2012
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

I Woodrow R. Dixon Never conspire or plan with Cornelius Wilson, and plan to commit and armed robbery of Anyone ever. And in this Case No 1:12-CR-205 Cornelius Wilson, do not know anyone in this case and the C.I in the case entrap him so he can get some time cut from his sentencing.

Furthermore I know that Cornelius Wilson, has nothing to do with his case or know anyone in this case, but of the C.I when they talk once about Repo Cars and the sale of cars in which Cornelius Wilson, ask about a sale of a car with me so he can make some money off the sale. I Woodrow R. Dixon only knew Cornelius Wilson, about (1) one month and (3) three weeks and know that the C.I set Cornelius Wilson up and he don't have anything to do with this case.

I declare of the penalty of perjury that the following aforesaid statement is true to the best of my knowledge this 12 day of July 2012.

Woodrow R. Dixon

Notary: _____
Nov. 7, 2015
Commission Expires

[Notary Seal: TANYA NEAL, NOV. 7 2015, FULTON COUNTY, GA, NOTARY PUBLIC]