```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

UNITED STATES OF AMERICA        : CRIMINAL ACTION
                                :
          v.                    : NO.  1:12-CR-205-ODE-ECS
                                :
WOODROW RUDOLPH DIXON, JR.      :
KIRK FLOYD                      :
CORNELIUS BERNARD WILSON        :
```

## O R D E R

IT IS **HEREBY ORDERED** that a status conference be held before the undersigned in Courtroom 1810, 18th Floor, U. S. Courthouse, 75 Spring Street, Atlanta, Georgia, on February 6, 2013 at 10:30 a.m.

**SO ORDERED,** this 31st day of January, 2013.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)