IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA  : CRIMINAL ACTION
                          :
         v.               : NO. 1:12-CR-205-1-ODE-ECS
                          :
WOODROW RUDOLPH DIXON, JR. :

### **O R D E R**

For good cause shown, the motion for extension of time for defendant's post hearing brief [Doc. No. 130] from the evidentiary hearing held on March 11, 2013 is **GRANTED**. The defendant is allowed to and April 4, 2013 to file his post hearing brief.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and government in a speed trial. Failure to grant this continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, pursuant to Title 18, United States Code, Section 3161 (h)(7)(B)(i), the Clerk is **DIRECTED** to exclude from computation under the Speedy Trial Act the period of delay from March 29, 2013 until April 4, 2013.

**SO ORDERED,** this 29th day of April, 2013.

*/s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)