IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
UNITED STATES OF AMERICA     : CRIMINAL ACTION
                             :
            v.               : NO. 1:12-CR-205-1-ODE-ECS
                             :
WOODROW RUDOLPH DIXON, JR.   :
```

### O R D E R

For good cause shown, defendant's motion [Doc. No. 145] for leave to file brief addressing supplemental authority from the evidentiary hearing held on March 11, 2013 on defendant's motions to suppress [Docs. Nos. 57, 87 and 99], is **GRANTED.** The Government is allowed to and until June 27, 2013 to file a response to the supplemental authority.

The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and government in a speed trial. Therefore, pursuant to Title 18, United States Code, Section 3161 (h)(7)(B)(i), the Clerk is **DIRECTED** to exclude from computation under the Speedy Trial Act the period of delay from May 13, 2013 until June 27, 2013.

**SO ORDERED,** this 26th day of June, 2013.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)