

FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 0 3 2013

James N. Hatten, Clerk
By: /s/ HMCauui
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA :
: CRIMINAL ACTION FILE NO.
v. : 1:12-CR-205-ODE-ECS
:
WOODROW RUDOLPH DIXON, JR. (1) :
and KIRK L. FLOYD (2) :

## ORDER

This criminal case is before the Court on the Report and Recommendation of United States Magistrate Judge E. Clayton Scofield III filed July 29, 2013 [Doc. 149]. No objections have been filed.

In the Report and Recommendation, the Magistrate Judge recommends that Mr. Floyd's motion to suppress statements be denied and that Mr. Floyd's motion to suppress cell phone evidence be denied as moot. Regarding Mr. Dixon's motions, the Magistrate Judge recommends that his motion to suppress post-arrest statements be denied, and the Magistrate Judge will issue a separate Report and Recommendation regarding Mr. Dixon's motion to suppress evidence from a cell phone.

The Court having read and considered the Report and Recommendation and noting the absence of any objections, it is hereby adopted as the opinion and order of the Court. For the reasons set forth in the Report and Recommendation, Mr. Floyd's motion to suppress statements [Doc. 79] is DENIED and Mr. Floyd's motion to suppress cell phone evidence [Doc. 92] is DENIED AS MOOT. Mr. Dixon's motion to suppress post-arrest statements [Doc. 57] is DENIED, and the Magistrate Judge will issue a separate Report and Recommendation regarding Mr. Dixon's motion to suppress evidence from a cell phone.

SO ORDERED, this __3__ day of September, 2013.

                                        ORINDA D. EVANS
                                        UNITED STATES DISTRICT JUDGE