IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>Woodrow Rudolph Dixon, Jr.,<br>a/k/a "Dro," and<br>Kirk L. Floyd,<br>a/k/a "Twin" | Criminal Action No.<br>1:12-CR-205-ODE<br>SUPERSEDING |

## **VERDICT FORM**

COUNT ONE:

Hobbs Act Conspiracy

1. As to <u>Count One</u> of the Superseding Indictment, we, the jury, find Defendant WOODROW RUDOLPH DIXON, JR.:


_____        _____

Guilty         Not Guilty


2. As to <u>Count One</u> of the Superseding Indictment, we, the jury, find Defendant KIRK L. FLOYD:

_____        _____

Guilty         Not Guilty

COUNT TWO:

Carrying a Firearm During or in Relation to a Crime of Violence

3(a).   As to <u>Count Two</u> of the Superseding Indictment, we, the jury, find Defendant WOODROW RUDOLPH DIXON, JR.:


_____        _____

Guilty         Not Guilty

IF YOU FIND THE DEFENDANT GUILTY AS TO COUNT TWO, THEN YOU MUST ANSWER QUESTION 3(b), BELOW:

3(b) Having found Defendant WOODROW RUDOLPH DIXON, JR. guilty, we, the Jury, find beyond a reasonable doubt as follows (indicate "Yes" or "No"):

_____(Yes/No)  The Defendant, or someone he aided and abetted, carried the Mossberg shotgun, with a barrel length less than eighteen inches.

_____(Yes/No)  The Defendant, or someone he aided and abetted, carried the Ruger .44 Magnum revolver.

_____(Yes/No)  The Defendant, or someone he aided and abetted, carried the Glock .40 caliber handgun.

4(a).   As to Count Two of the Superseding Indictment, we, the jury, find Defendant KIRK L. FLOYD:

_____        _____

Guilty         Not Guilty

IF YOU FIND THE DEFENDANT GUILTY AS TO COUNT TWO, THEN YOU MUST ANSWER QUESTION 4(b), BELOW:

4(b). Having found Defendant KIRK L. FLOYD guilty, we, the Jury, find beyond a reasonable doubt as follows (indicate "Yes" or "No" check all that apply):

_____(Yes/No)  The Defendant, or someone he aided and abetted, carried the

Mossberg shotgun, with a barrel length less than eighteen inches.

_____(Yes/No)  The Defendant, or someone he aided and abetted, carried the Ruger .44 Magnum revolver.

_____(Yes/No)  The Defendant, or someone he aided and abetted, carried the Glock .40 caliber handgun.

COUNT THREE:

Conspiracy to Possess a Controlled Substance with Intent to Distribute

5(a). As to Count <u>Three</u> of the Indictment, we, the jury, unanimously find Defendant WOODROW RUDOLPH DIXON, JR.:

_____       _____

Guilty         Not Guilty

If the answer is "guilty," please proceed to question 5(b).  If the answer is "not guilty," please skip question 5(b) and proceed directly to question 6(a).

5(b).   Having found Defendant WOODROW RUDOLPH DIXON, JR. guilty, we, the jury, unanimously find that the conspiracy involved (check only one):

\_\_\_\_    at least five (5) kilograms of a mixture or substance containing a detectable amount of cocaine;

\_\_\_\_    at least 500 grams, but less than five (5) kilograms, of a mixture or substance containing a detectable amount of cocaine; or

\_\_\_\_    less than 500 grams of a mixture or substance containing a detectable amount of cocaine.

6(a). As to Count <u>Three</u> of the Indictment, we, the jury, unanimously find Defendant KIRK L. FLOYD:

_____        _____

Guilty           Not Guilty

If the answer is "guilty," please proceed to question 6(b).  If the answer is "not guilty," please skip question 6(b) and proceed directly to question 6(a).

6(b).   Having found Defendant KIRK L. FLOYD guilty, we, the jury, unanimously find that the conspiracy involved (check only one):

\_\_\_\_    at least five (5) kilograms of a mixture or substance containing a detectable amount of cocaine;

\_\_\_\_    at least 500 grams, but less than five (5) kilograms, of a mixture or substance containing a detectable amount of cocaine; or

\_\_\_\_    less than 500 grams of a mixture or substance containing a detectable amount of cocaine.

COUNT FOUR:

Possession of a Firearm by a Previously Convicted Felon

7. As to Count <u>Four</u> of the Indictment, we, the jury, unanimously find Defendant KIRK L. FLOYD:

_____       _____

Guilty         Not Guilty

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this \_\_\_\_ day of November, 2013.

_____   _____

Foreperson's Signature              Foreperson's Printed Name